IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| KURT SNEDEKER,<br><br>Plaintiff,<br>v.<br><br>HERITAGE SPORTS HOLDINGS, LTD., et al.<br><br>Defendants. | ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE<br><br>Case No. 1:25-cv-178-TS-JCB<br><br>Judge Ted Stewart<br>Magistrate Judge Jared C. Bennett |

Plaintiff Kurt Snedeker filed a Complaint on November 5, 2025, naming Heritage Sports Holdings, LTD, and Sports City Costa Rica S.A. as defendants. On February 5, 2026, summons were issued to both Defendants. None of the parties have since taken any action in this case. On August 20, 2026, the Court issued an Order to Show Cause directing Plaintiff to respond in writing within 14 days to show cause as to why the case should not be dismissed for failure to prosecute. The Court further warned Plaintiff that "[f]ailure to do so may result in dismissal of the case without further notice."[1] Plaintiff did not respond to the Order to Show Cause or to take any other action, and the 14-day deadline has since passed. The Court will therefore dismiss this matter without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Dated this 15th day of September, 2026.

TED STEWART
United States District Judge

[1] Docket No. 10.