AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

KURT SNEDEKER,

Plaintiff

v.

HERITAGE SPORTS HOLDINGS, LTD., et al.

Defendants

## JUDGMENT IN A CIVIL CASE

Case Number: 1:25-cv-178

IT IS ORDERED AND ADJUDGED that this matter is dismissed without prejudice for failure to prosecute.

September 15, 2026

*Date*

BY THE COURT:

Ted Stewart
United States District Judge